UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                           No. 2:11-cv-03009-MCE-DAD

     Plaintiff,

  v.                                        ORDER

MCCORMICK REALTY, INC., dba
MCCORMICK REALTY, et al.,

     Defendants.

----oo0oo----

The Court is in receipt of Defendants' letter filed December 27, 2011, as an Answer to Plaintiff's Complaint. Entity Defendants, such as McCormick Realty, Inc. ("McCormick Realty"), may only defend claims against them if represented by counsel. See E.D. Cal. Local Rule 183(a) ("A corporation or other entity may appear only by an attorney."). Accordingly, to the extent the individual Defendants, who are proceeding pro se, attempted to answer on behalf of McCormick Realty, that Answer is STRICKEN without prejudice to refiling by an attorney acting on the entity's behalf.

1

Not later than thirty (30) days following the date this Order is electronically filed, Defendant McCormick Realty may associate counsel and file an amended answer.  If no amended answer is properly filed within said time period, upon no further notice to the parties, McCormick Realty's current Answer will be stricken with prejudice.

    IT IS SO ORDERED.

Dated: May 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE