SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff;<br><br>     vs.<br><br>McCormick Realty, Inc., et al,<br><br>           Defendants | Case No. **2:11-cv-03009-MCE-AC**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

IT IS SO ORDERED that the above-entitled action is hereby DISMISSED with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). The Clerk of the Court is directed to close this case.

Dated:  August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT